JAJ:DSS
F.#2009R02286

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 08 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

WESLEY ROBINSON,
   also known as "Wesley
   Robertson" and "Wes," and
DESHAWN MILES,
   also known as "Now Later,"

          Defendants.

- - - - - - - - - - - - - - - X

INDICTMENT
Cr. No. CR10-777

(T. 18, U.S.C., §§
924(c)(1)(A)(i), 1951(a), 2
and 3551 et seq.)

GLEESON, J.
AZRACK, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

In or about and between October 2006 and November 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants WESLEY ROBINSON, also known as "Wesley Robertson" and "Wes," and DESHAWN MILES, also known as "Now Later," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by robbery of narcotics traffickers.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT TWO
(Attempted Hobbs Act Robbery)

On or about November 13, 2006, within the Eastern District of New York, the defendants WESLEY ROBINSON, also known as "Wesley Robertson" and "Wes," and DESHAWN MILES, also known as "Now Later," together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce and the movement of articles and commodities by robbery of narcotics and narcotics proceeds from John Doe, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT THREE
(Unlawful Use of a Firearm)

In or about and between October 2006 and November 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants WESLEY ROBINSON, also known as "Wesley Robertson" and "Wes," and DESHAWN MILES, also known as "Now Later," together with others, did knowingly and intentionally use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and

intentionally possess a firearm in furtherance of said crimes of violence.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

A TRUE BILL

/s/ Mary Loewell
FOREPERSON

/s/ Loretta E. Lynch
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2009R02286
FORM DBD-34
JUN. 85

No. 

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

vs.

*Wesley Robinson and DeShawn Miles,*

Defendants.

## INDICTMENT

(T. 18 U.S.C. §§ 924(c)(1)(A)(i), 1951(a), 2 and 3551 et seq.)

*A true bill.*

_____
Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
Clerk

Bail, $ _____

*Daniel S. Silver, Assistant U.S. Attorney (718-254-6034)*